MEMO ENDORSED

# Law Offices of
# Daniel A. Hochheiser

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

December 5, 2019

Via ECF and email

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: USA v. Paula Guadagno 16 Cr. 786 (NSR) - 05
REQUEST PERMISSION TO TRAVEL

> Bail modification, as requested below, is granted without objection. Clerk of the Court requested to terminate the motion (doc. 243).
>
> Dated: Dec. 6, 2019
> SO ORDERED:
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Your Honor:

I represent Paula Guadagno as assigned counsel. Guadagno seeks a modification of her bail conditions to permit her to travel to Connecticut to attend the memorial/wake and funeral services for her friend, Al Reo, who recently passed away.

The details are: memorial service/wake is next Tuesday, December 10th, from 4pm to 7pm at Brookfield Funeral Home, 786 Federal Road, Brookfield, CT. The funeral mass is Wednesday, December 11th, at 10:30 am, at Saint Joseph's Church in Brookfield.

In the event Your Honor grants this request, Guadagno would leave New York at or after 3pm on December 10th and would return to New York no later than 9:30 p.m.. The next day December 11th, Guadagno would leave New York at or after 8:30 a.m. and would return to New York no later than 3 p.m.

I have conferred by email with both the Government and Pre-Trial Services. There is no objection to this application.

Respectfully submitted,

Daniel A. Hochheiser

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/2019

Cc: via email AUSA David Felton and U.S.P.T.S.O Vincent Adams