# Law Offices of
# Daniel A. Hochheiser

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

MEMO ENDORSED

August 14, 2020

Via ECF and email

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   USA v. Paula Guadagno 16 Cr. 786-5 (NSR)
      REQUEST PERMISSION TO TRAVEL AND MODIFY BAIL CONDITIONS

Your Honor:

    I represent Paula Guadagno as assigned counsel. Guadagno seeks a modification of her bail conditions to permit her to travel to New Jersey and Connecticut in connection with her work for her new job at ▬▬▬ Auto Park, ▬▬▬▬▬▬▬, ▬▬▬▬▬▬▬, NY ▬▬▬.

    In order to do her job for ▬▬▬ Auto Park she will need to visit car dealers in New Jersey and Connecticut when her employer needs a car exchanged from a particular dealer in those states.

    I have conferred by email with both the Government and Pre-Trial Services. There is no objection to this application.

Respectfully submitted,

*Daniel A. Hochheiser*

Daniel A. Hochheiser

Cc: via email AUSA David Felton and U.S.P.T.S.O Vincent Adams

---

**Application Granted.** Defendant's bail conditions modified to permit her to travel to New Jersey and Connecticut in connection with her work for her new job. The Clerk of Court is directed to terminate the motion at ECF No. 293.

Date: August 20, 2020
White Plains, New York

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/20/2020__