**MEMO ENDORSED**

# Law Offices of
# Daniel A. Hochheiser

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

March 29, 2022

Via ECF and email

Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   USA v. Paula Guadagno 16 Cr. 786 (NSR)-05
      REQUEST PERMISSION TO TRAVEL

Your Honor:

    I represent Paula Guadagno as assigned counsel. Guadagno seeks a modification of her bail conditions to permit her to travel on Saturday, April 2, 2022 to visit her friend, Millie Perez, a patient at Greenwich Hospital, 5 Perryridge Road, Greenwich, CT 06830. Guadagno would leave her home at 8:30 a.m. and return to New York by 2:30 p.m..

    I have conferred by email with both the Government and Pre-Trial Services. There is no objection to this application.

Respectfully submitted,

Daniel A. Hochheiser

Cc: via email AUSA David Felton and U.S.P.T.S.O Vincent Adams

---

Deft's request to temporarily modify her bail conditions, as requested below, is GRANTED without objection by the Gov't and Pre-Trial Services. Clerk of the Court is requested to terminate the motion (doc. 359).
Dated:  White Plains, NY
        March 30, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2022