MEMO ENDORSED

# Law Offices of
# Daniel A. Hochheiser

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

June 2, 2022

Via ECF and email

Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   USA v. Paula Guadagno 16 Cr. 786 (NSR)
      REQUEST PERMISSION TO TRAVEL

Your Honor:

    I represent Paula Guadagno as assigned counsel. Guadagno seeks a modification of her bail conditions to permit her to travel on June 6, 2022 to attend a funeral scheduled to commence at 11:30 a.m. for her deceased friend Melissa Lancia at St. Pius X Church, 310 Westfield St., Middletown, CT 06457. Guadagno would return home to New York on June 6th after the conclusion of the funeral and any events associated with the funeral.

    I have conferred by email with both the Government and Pre-Trial Services. There is no objection to this application.

Respectfully submitted,

Daniel A. Hochheiser

Cc: via email AUSA David Felton and U.S.P.T.S.O Vincent Adams

---

Defts request to emparial modify her bail conditions as detailed below is GRANTED w/ the Govt's objection by the Govt and Pretrial Services. Clerk of Court requested to terminate the motion at ECF No. 361.

Dated: White Plains, NY
       June 3, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2022