UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

S2 16 CR 786-05 (NSR)

-against-

**ORDER** TO EXONERATE BOND AND RETURN PASSPORT

Paula Guadagno

                Defendant.
------------------------------------------------------X

    Wherefore, counsel for Defendant Paula Guadagno moved this Court on the record at Guadagno's sentencing proceeding held June 13, 2025 for exoneration of bond and return of her passport;

    Wherefore, Guadagno was sentenced to a term of time served with no term of supervised release by Judge Nelson S. Román on June 13, 2025;

    Wherefore, Paula Guadagno's sentence has been imposed and thus pre-trial supervision has been terminated by operation of law;

    Wherefore, ECF document 8 "Appearance Bond" had been executed by Guadagno and co-signed by two financially responsible persons on December 1, 2016, and ECF document 9 "Order Setting Conditions of Release" ¶7(d) required Guadagno to surrender her passport to the Government and Guadagno complied with this directive;

    Wherefore, there is no longer any basis for Bond nor any reason for the Government to retain Guadagno's passport;

    **IT IS HEREBY ORDERED** that the Clerk of the Court is directed, forthwith, to exonerate the bond in this matter; and

    **IT IS HEREBY ORDERED** that the Government and Pre-Trial Services are directed, forthwith, to return Guadagno's passport to her.

Dated: June 13, 2025
White Plains, New York

So Ordered

**Hon. Nelson S. Román**
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2025