UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

        - against -

PAULA GUADAGNO,

                  Defendant(s).

-----------------------------------------------------------X

**ORDER**

S2 16 Cr. 786-05 (NSR)

Nelson S. Román, U.S.D.J.:

      The Clerk of Court is directed to accept a typed signature in lieu of an actual signature of the United States Attorney on the Superseding Information (S2) for filing.

SO ORDERED.

Dated: White Plains, NY
       June 27, 2025

                                            Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2025